UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00111-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS MANUEL CRUZ-LOPEZ,

    Defendant.

**ORDER**

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Tuesday, April 21, 2009,** and responses to these motions shall be filed by **Friday, May 1, 2009.** It is

    FURTHER ORDERED that a 2-day jury trial is set to commence **Monday, May 18, 2009, at 9:00 a.m. in courtroom A-1002.** Finally, it is

    ORDERED that the parties shall contact the Court to set a hearing on pending motions and/or final trial preparation conference if necessary.

    Dated: March 20, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge