UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00111-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUIS MANUEL CRUZ-LOPEZ,

      Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      This matter is before the Court in connection with the motion to suppress statements filed April 23, 2009 (two days after the April 21, 2009 deadline for the filing of motions).  The parties were previously ordered to notify the Court if a hearing on motions was necessary.  No such notification has occurred despite the filing of the motion to suppress.  The parties are ordered to meet and confer and contact the Court by **Wednesday, April 29, 2009** as to whether a hearing is necessary on the motion to suppress and, if so, how long the hearing will be and whether a motion to continue the trial set for May 18, 2009, will be filed.

      Dated:  April 23, 2009