UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00111-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS MANUEL CRUZ-LOPEZ,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict of the Court, the sentencing hearing set for Thursday, November 5, 2009, at 8:30 a.m., is **RESET** to **Thursday, November 5, 2009, at 9:30 a.m., in Courtroom A-1002.**

    Dated: October 28, 2009.